IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ANTHONY ALLEN HALL,

      **Plaintiff,**

v.                                 CASE NO. 5:13-cv-87-RS-EMT

CHRISTOPHER HONNEN, et al.,

      **Defendants.**
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 47). No objections have been filed. I have reviewed the report *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Plaintiff's motion to dismiss (Doc. 46) is **GRANTED**. This case is **DISMISSED without prejudice**, with each party bearing its own costs.

3. The Clerk is directed to close this case.

**ORDERED** on July 14, 2014.

                                            /S/ Richard Smoak
                                            **RICHARD SMOAK**
                                            **UNITED STATES DISTRICT JUDGE**